FILED: 12/14/12

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Silva H. Babaian* | CASE NO. CV 12-8505-GHK (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Wells Fargo Home Mortgage, et al.* | |
| Defendants. | |

Pursuant to the Court's December 14, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Silva H. Babaian's ("Plaintiff") claims against Defendants Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage; First American Title Insurance Company; and HSBC Bank USA, N.A., as trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR10, are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: December 14, 2012

_____
GEORGE H. KING
Chief United States District Judge